## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First **Antwaun** Middle **D** Last) **Johnson**   YEAR OF BIRTH **10-11-1992**

SOCIAL SECURITY NUMBER (last 4 digits only): **9920**

PHONE NOS.: **901-237-2978**

HOME ADDRESS: **662 Old hwy 27 North**

OWN OR RENT? **Rent**

HOW LONG AT CURRENT ADDRESS? **1yr and a half**

MARITAL STATUS: **Married**

NAME AND ADDRESS OF CURRENT EMPLOYER: **Was Twin K construction (Now) Cookout**

TELEPHONE NUMBER OF EMPLOYER: **606-703-0138**

HOW LONG AT CURRENT EMPLOYMENT? **1wk**

OCCUPATION (Describe what you do): **Cook**

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH. **$10.30 hr   $130 wk**

GROSS:                             NET:

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT: **$2500**

FILED

FEB 1 0 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Case 3:25-cv-00033-KAC-JEM   Document 9   Filed 02/10/25   Page 1 of 4   PageID #: 27

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

Credit one $ 1,000

Credit one $ 700 $700

 $ _____

**TOTAL LOANS PAYABLE TO BANKS** $ _____

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ 0 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 0 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 1700 |
| MEDICAL BILLS | $ |
| TAXES AND ASSESSMENTS PAYABLE | $ |

OTHER LIABILITIES (Itemize)

_____ $ _____

_____ $ _____

_____ $ _____

**TOTAL LIABILITIES** $ _____

# LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ] MORTGAGE PAYMENT (check one) | $ 800 | $ 400 |
| ELECTRICITY | $ 150 or 200 | $ |
| WATER | $ 100 | $ |
| GAS | $ | $ |
| TELEPHONE | $ 100 | $ |
| FOOD | $ 300 | $ |
| ALIMONY | $ | $ |
| CHILD SUPPORT | $ | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ 100 or 200 | $ |
| AUTOMOBILE NOTE | $ 300 | $ |
| AUTOMOBILE INSURANCE | $ 360 | $ |
| AUTOMOBILE REPAIRS | $ 120 tires | $ |
| GASOLINE | $ 100 a week | $ |
| FURNITURE NOTE | $ 1120 | $ |
| CLOTHING | $ 75 to 100 | $ |
| CABLE TELEVISION | $ 130 | $ |
| LIFE INSURANCE | $ | $ |
| HOSPITALIZATION INSURANCE | $ | $ |
| DOCTORS | $ | $ |
| DRUGS | $ | $ |
| CREDIT CARDS | $ ~~700~~ 35 to 45 | $ 1700 |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ | $ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| **TOTAL EXPENSES** | | $ 4,795 |

Amended Form
For order number
8. CASE #
3:25-CV-00033