UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANTWAUN JOHNSON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) 3:25-CV-33-KAC-JEM |
| v. | )<br>) |
| JOSEPH LITTON, et al.; | )<br>)<br>) |
| Defendants. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION
## AND DISMISSING ACTION

Before the Court is United States Magistrate Judge Jill E. McCook's September 15, 2025 "Report and Recommendation" ("Report") [Doc. 13]. On January 6, 2025 Plaintiff Antwaun Johnson, proceeding pro se, filed a Complaint [Doc. 1] against Defendants Joseph Litton, Phoenix McClenney, and April Bradshaw. Upon initially screening the Complaint, Judge McCook identified numerous legal deficiencies [*See* Doc. 12 at 3-6]. Instead of recommending dismissal of the Complaint outright, Judge McCook sua sponte gave Plaintiff an opportunity to cure those deficiencies by filing an amended complaint [*Id.* at 5-6]. She ordered Plaintiff to file any amended complaint by September 5 [*Id.* at 5]. Plaintiff failed to do so.

Thereafter, Judge McCook issued the Report [Doc. 13]. The Report concluded that the Complaint failed to state a plausible claim against any Defendant[1] [*See* Doc 13 at 4-6]. Accordingly, the Report recommends that the undersigned dismiss the Complaint under the Prison

---

[1] The Report also indicated that absent a viable federal claim and supplemental jurisdiction under 28 U.S.C. § 1367, the Court would lack an independent basis to exercise jurisdiction over a state claim for defamation [*See* Doc. 13 at 6 n.3].

Litigation Reform Act [*See id.* at 7]. Plaintiff has not objected to the Report, and the time to do so has passed [*See id.*, n. 5 (providing fourteen (14) days to file any objections to the Report)]. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

As the Report ably analyzed, the Complaint, even liberally construed, fails to state any claim upon which relief may be granted against any Defendant [*See* Doc. 13 at 4-6]. Therefore, having reviewed the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 13] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2) and **DISMISSES** the Complaint [Doc. 1] under 28 U.S.C. § 1915(e)(2)(B). An appropriate judgment shall enter.

SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge