UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ANTWAUN JOHNSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:25-CV-33-KAC-JEM |
| v. | ) | |
| | ) | |
| JOSEPH LITTON, et al.; | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In the "Order Adopting Report & Recommendation and Dismissing Action" the Court

**DISMISSED** the Complaint.  Accordingly, the Court **DIRECTS** the Clerk to close the case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
  *s/ LeAnna R. Wilson*
  CLERK OF COURT